U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR 2 9 2016

CLERK, U.S. DISTRICT COURT

By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:16-mJ-200

TREVOR MICHAEL BULLOCK (01)

## CRIMINAL COMPLAINT

I, Rodney A. Sanchez, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.      I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since November 2006, and I am currently assigned to the Dallas Division.  As a federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.  I am currently assigned to a Child Exploitation Task Force, wherein my duties and responsibilities include investigating criminal violations relating to the sexual exploitation of children (SEOC).  I have investigated SEOC violations since 2014 and have gained expertise in these types of investigations through training in seminars, classes, and my everyday work.  In addition, I have received specialized training in the investigation and enforcement of federal child pornography, online solicitation and federal enticement investigations in which computers are used as the means for persuading, inducing, and/or enticing minors to engage in unlawful sexual activity.

2.      The information contained in this Complaint sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that on or about December 21, 2015, in the Northern District of Texas, Trevor Michael Bullock, using a facility or means of interstate or foreign commerce, knowingly attempted to persuade, induce, and entice a person who had not attained the age of eighteen (18) years of age, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

3.      I am familiar with the information contained in this Complaint based upon the investigation that was conducted, my conversations with other law enforcement officers who have participated in this investigation and the investigations involving online child enticement.  This Complaint accurately summarizes the evidence I discovered during my investigation; it does not, however, contain every detail known to me about the investigation.

**Criminal Complaint - Page 1 of 3**

## THE INVESTIGATION

4.      On or about December 21, 2015, members of Fort Worth Police Department (FWPD) Crimes Against Children Unit (CACU), Human Trafficking, and Officers of Zero Tolerance Team 4 participated in an undercover detail. Two hotel rooms at a motel located in Fort Worth, Texas were obtained for the purpose of the undercover operation.

5.      On or about December 21, 2015, while using an internet connected computer from one of the motel rooms, a FWPD Detective, acting in an undercover capacity (UC) posing as a 13-year-old girl, posted an advertisement on Craigslist in the personal sections, casual encounters, women for men section. The ad was titled, "Need some young company, I'm here?" The description of the ad read, "I'm bored and looking to chill with some cool dude. I'm very young and cool. HMU."

6.      At approximately 4:01 p.m., the UC received an email from someone with the registered email name of "Trevor Bullock." The UC informed Bullock that "she" was a 13-year-old girl and asked Bullock, "hey. u cool wit hangin wit a 13 yr old.". Bullock responded that he was ok with her age and asked if he could come over. The UC stated that he could. Bullock told the UC to send him a text message. The UC sent Bullock a message to the number provided by Bullock. Bullock asked the UC's age and the UC told him that "she" was 13 years old. Bullock confirmed that the UC was alone and requested the UC's address so that Bullock could come over. The UC sent a text message asking Bullock what they were going to do. Bullock responded, "Play with you, finger you, maybe fuck you if you wanted me to." The sexual acts Bullock described to the officer would be a violation of Texas Penal Code § 21.11.

7.      Bullock asked for a picture and the UC sent Bullock a picture of an undercover source, who was a girl approximately 13 years-old at the time the picture was taken. The picture was donated for use in these types of investigations, and was the girl's only involvement in this case.

8.      Once Bullock contacted the UC, law enforcement officers in the room began to develop intelligence on him using his name and phone number provided. Information identified Bullock as a 21-year-old, white male and that his full name was Trevor Michael Bullock. A copy of Bullocks Texas driver's license and picture in the Craigslist Ad were compared and identified as the same person.

9.      Bullock asked the UC for "her" address several times and said he was "100% for sure coming." The UC asked Bullock if he wanted the UC to do anything special for him. Bullock asked the UC to be in underwear and bra when he arrived. The UC asked Bullock to bring condoms and Bullock responded by asking the UC if she ever had sex with an older guy. As Bullock was on his way to the motel, Bullock told the UC that he

Criminal Complaint - Page 2 of 3

was nervous because he had never had sex with someone as young as the UC before. The UC asked why Bullock was nervous. Bullock said it was because the UC was so young. Bullock asked for the room number and the UC provided Bullock room number 213. At approximately 6:17 p.m., the UC received a text message from Bullock advising that he was at the hotel.

10.     When Bullock knocked on the door to room 213, he was placed under arrest by the arrest team. When he arrived to the hotel room he had a white Walgreens shopping bag with Trojan Enz condoms, Walgreen's brand personal lubricant, and a receipt showing that he just had purchased the condoms and lubricant.

11.     After Bullocks arrest, he waived his Miranda rights and told the UC, a FWPD detective, that he had responded to an ad he found on Craigslist. Bullock stated that he knew the person he was talking to be a 13-year-old girl and that he had talked about having sex with her. Bullock bought condoms and lubricant before meeting the 13-year-old girl for the purpose of having sexual intercourse with her. Bullock admitted that he would have had sex if the 13-year-old girl had met him there instead of the police.

## CONCLUSION

12.     Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on or about December 21, 2015, in the Northern District of Texas, Trevor Michael Bullock, using a facility or means of interstate or foreign commerce, knowingly attempted to persuade, induce, and entice a person who had not attained the age of eighteen (18) years, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

Rodney A. Sanchez, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED before me, at _1:44_ am/pm, this _29th_ day of March, 2016.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 3 of 3